IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHERYL WILLIAMS, | ) |
| Plaintiff | ) |
| v. | ) Case No.: 2:15-cv-00455-AJS |
| VERDE ENERGY USA, INC., | ) |
| Defendant | ) |

**NOTICE OF VOLUNTARY DISMISSAL**

TO THE CLERK:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff voluntarily dismisses the Complaint with prejudice.

Dated: June 5, 2015

BY: */s/ Craig Thor Kimmel*
Craig Thor Kimmel, Esquire
Attorney ID # 57100
Kimmel & Silverman, P.C
30 East Butler Pike
Ambler, PA 19002
Phone: (215) 540-8888
Facsimile: (215) 540-8817
Email: kimmel@creditlaw.com
Attorney for Plaintiff

**Certificate of Service**

I hereby certify that on this 5th day of June, 2015, a true and correct copy of the foregoing pleading served via mail to the below:

    Kevin P. Allen, Esq.
    Eckert, Seamans, Cherin & Mellott, LLC
    U.S. Steel Tower
    600 Grant St., 44th Floor
    Pittsburgh, PA 15219
    kpallen@eckertseamans.com

    */s/ Craig Thor Kimmel*
    Craig Thor Kimmel, Esquire
    Attorney ID # 57100
    Kimmel & Silverman, P.C
    30 East Butler Pike
    Ambler, PA 19002
    Phone: (215) 540-8888
    Facsimile: (215) 540-8817
    Email: kimmel@creditlaw.com
    Attorney for Plaintiff